UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN LAAKE II )
a/k/a WINTER LAAKE, )
)
         Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:16-CV-768-FL
LULU ENTERPRISES, INC. )
a/k/a LULU PRESS, INC. )
)
         Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 24, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 24, 2016, and Copies To:**

Michael W. Mitchell (via CM/ECF Notice of Electronic Filing)
John Laake, II (via U.S. Mail) 469 Grand Avenue, Aurora, IL 60506

October 24, 2016                      JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk